Hand-Delivered

FILED
CHARLOTTE, NC
AUG 25 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

CA No.:

3:25-CV-638-MOC

VALERIE E. HELMS, by and through undersigned counsel, )
)
    Plaintiff, )
)
v. )     COMPLAINT
)
SOUTHERN PROTECTION AGENCY, INC., )
)
Defendants. )
_____ )

## INTRODUCTION

1. Plaintiff Valerie E. Helms brings this action against Defendant Southern Protection Agency, Inc. ("Defendant") for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and North Carolina common law.

2. Plaintiff was subjected to sexual harassment, physical assault, retaliation, and a hostile work environment. Defendant, through its managers and employees, failed to protect Plaintiff, condoned misconduct, and retaliated after she reported unlawful behavior.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal

question) and 42 U.S.C. § 2000e-5(f)(3).

4. Venue is proper under 28 U.S.C. § 1391(b) because the unlawful employment practices occurred in this District, and Plaintiff resides in Cabarrus County, NC.

## PARTIES

5. Plaintiff Valerie E. Helms is an adult individual residing in Kannapolis, North Carolina.

6. Defendant Southern Protection Agency, Inc. is a Georgia corporation registered to do business in North Carolina, with its principal office located at 912 W. Highway 78, Villa Rica, GA 30180.

## FACTS

7. Plaintiff began employment with Defendant in or around 2023. VH

8. On or about June 7, 2023, Plaintiff reported harassment to General Manager Stephanie Adams, who dismissed her concerns and justified derogatory name-calling. VH

9. On or about June 20, 2023, Plaintiff was called a sexually derogatory name ("southern Protection agent whore") and was physically assaulted within hours by Denice Spease, in an attack that was premeditated and covered up by management. VH

10. The assault was video recorded by Rickie Dandrige and circulated at work.

11. Chey Lantz assisted in planning the assault, and Zack Cannon confirmed the video was shared among employees.

12. Defendant's HR department failed to document or investigate the assault due to the involvement of General Manager Adams.

13. Following Plaintiff's complaint, Defendant retaliated against her through corrupt disciplinary actions and false promotion promises.

14. Plaintiff filed a Charge of Discrimination with the EEOC, received a Right to Sue dated May 30, 2025, and has satisfied all administrative prerequisites to suit.

## COUNT ONE
### Sexual Harassment / Hostile Work Environment (Title VII)

15. Defendant subjected Plaintiff to unwelcome conduct based on sex, including derogatory comments and physical assault, creating a hostile work environment in violation of Title VII.

## COUNT TWO
### Retaliation (Title VII)

16. Plaintiff engaged in protected activity by reporting harassment. Defendant retaliated through discipline, intimidation, and adverse job actions, in violation of Title VII.

## COUNT THREE
### Assault and Battery (North Carolina Common Law)

17. Plaintiff was physically assaulted by a coworker in the course of employment, with Defendant liable under respondeat superior and/or negligent supervision.

## COUNT FOUR
### Negligent Supervision / Retention (NC Common Law)

18. Defendant failed to supervise or discipline employees who engaged in harassment, assault, and retaliation, despite knowledge of misconduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against Defendant for:

a. Compensatory damages for emotional distress, pain and suffering, and reputational harm;

b. Economic damages including back pay, front pay, and lost benefits;

c. Punitive damages for willful and malicious conduct;

d. Attorneys' fees and costs under 42 U.S.C. § 2000e-5(k);

e. Pre- and post-judgment interest; and

f. Such further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

*/s/Amina M. Mack, Esq.*
Amina M. Mack (NCSB No. 61390)
**THE MACK LAW FIRM, PLLC**
4242 Six Forks Road, Ste. 1550
Raleigh, NC 61390
Tel: 984-480-7147
legal@themacklaw.com

Attorney for Plaintiff

Valerie Helms
963 Wilkes Drive
Kannapolis NC 28081
704-963-0957